SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
NATALIE R. NUTTALL (SBN: 201082)
nnuttall@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevemusfc@knightlaw.com
Maite Colon (SBN 322284)
Maitec@knightlaw.com
10250 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiffs
OMAR HERNANDEZ ANTUNEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR HERNANDEZ ANTUNEZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:19-cv-00145 DAD BAM<br><br>**STIPULATION AND ORDER REGARDING VACATING COURT DEADLINES GIVEN ACCEPTANCE OF FRCP RULE 68 OFFER PER CIVIL LOCAL RULES 143 AND 230**<br><br>Complaint Filed: January 4, 2019 |

1
STIPULATION AND ORDER REGARDING VACATING COURT DEADLINES GIVEN
ACCEPTANCE OF FRCP RULE 68 OFFER PER CIVIL LOCAL RULES 143 AND 230

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE, that pursuant to the provisions of Federal Rules of Civil Procedure ("FRCP") Rule 68 and United States District – Eastern District's Civil Local Rules ("Local Rule(s)"), 143 and 230, counsel for Defendant Ford Motor Company ("Defendant") and Plaintiff Omar Hernandez Antunez ("Plaintiff") submit the following Stipulation and [Proposed] Order Regarding Vacating Future Court Deadlines Given Plaintiff's complete Acceptance of Ford's Federal Rules of Civil Procedure Rule 68 Offer ("FRCP Rule 68 Offer"), including the acceptance of the sum for fees and costs offered by Ford in the Rule 68 Offer, based on the following information set forth herein.

1. On April 4, 2019, Plaintiff accepted Defendant's FRCP Rule 68 Offer with respect to the amount offered to Plaintiff, as well as the amount offered for fees and costs.

2. Finalization of the settlement payment is currently in progress.

3. As such, the parties' counsel will need time to accomplish the above and provide the Court with a Stipulation of Voluntary Dismissal Pursuant to FRDC 41(a)(1(A)(ii) and Order thereon.

4. Given the same, the parties' counsel respectively requests that this Court vacate all future deadlines, including:

A. The upcoming May 23, 2019 deadline to file Rule 26(f) Report, complete a joint Discovery Plan and initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement, as well as

B. The upcoming May 30, 2019 Initial Case Management Conference.

5. In lieu of the Initial Case Management Conference, the parties' counsel respectfully request the Court schedule a Conference in 90 days to determine the status of finalizing the settlement in this case.

6. Once all terms of the settlement are completed and payment is received by the Plaintiff, including payment of Plaintiff's attorney fees, costs and expenses as per agreement

2
STIPULATION AND ORDER REGARDING VACATING COURT DEADLINES GIVEN
ACCEPTANCE OF FRCP RULE 68 OFFER PER CIVIL LOCAL RULES 143 AND 230

between the parties, the parties shall file an executed Stipulation of Dismissal of the entire action with prejudice.

Respectfully submitted,

Dated: May 16, 2019  KNIGHT LAW GROUP, LLP


By: _/s/_ Maite Colon_____
Steve Mikhov
Maite Colón
*Attorneys for Plaintiff*

Dated: May 16, 2019  GORDON REES SCULLY MANSUKHANI LLP

_____

By: /s/ Spencer P. Hugret
Spencer P. Hugret
Natalie R. Nuttall
Attorneys for Defendant
FORD MOTOR COMPANY,

3
STIPULATION AND ORDER REGARDING VACATING COURT DEADLINES GIVEN
ACCEPTANCE OF FRCP RULE 68 OFFER PER CIVIL LOCAL RULES 143 AND 230

**ORDER**

Counsel for Defendants Ford Motor Company ("Defendant") and Plaintiff Omar Hernandez Antunez ("Plaintiff") have stipulated to vacate the current deadlines to allow them time to complete the settlement of this matter. Good cause appearing IT IS HEREBY ORDERED AS FOLLOWS**:**

1. The last day to file Rule 26(f) Report, complete Discovery Plan and initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Conference Statement, set for May 23, 2019 is vacated;

2. The Mandatory Scheduling Conference set for May 30, 2019 at 9:00 a.m. is VACATED; and

3. A Telephonic Status Conference is set for **August 20, 2019, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** A Joint Status Statement shall be filed no later than seven (7) days prior to the conference. The parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3190866.** If the parties file dispositional documents prior to the conference, then the conference will be vacated.

IT IS SO ORDERED.

Dated: **May 20, 2019**         /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE